# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK AYALA,<br><br>Plaintiff,<br><br>v.<br><br>STERICYCLE, INC., JERRY JORDAN, and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. 2:12-cv-06017-JAK-CW<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>JS-6 |

## ORDER ON STIPULATION OF DISMISSAL

The parties, Plaintiff, Erick Ayala, and Defendant, Stericycle, Inc., having submitted a Stipulation of Dismissal and the Court having read the foregoing Stipulation, it is hereby ORDERED:

The Stipulation of Dismissal is GRANTED and the cause of action and all claims filed or asserted by Plaintiff, Erick Ayala, against Defendants, Stericycle, Inc. and Jerry Jordan, are hereby dismissed, with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated: Sept 14, 2012

The Honorable John A. Kronstadt
United States District Court Judge
Central District of California

Copies to: All Counsel of Record

LA 8975974v1

- 2 -   ORDER RE DISMISSAL